**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Thomas Batinich

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THOMAS BATINICH,                          )    No. EDCV 16-2004 MRW
                                          )
    Plaintiff,                            )    [~~PROPOSED~~] ORDER
                                          )    AWARDING EQUAL ACCESS
        v                                )    TO JUSTICE ACT ATTORNEY
                                          )    FEES AND COSTS
NANCY A. BERRYHILL,                       )
Acting Commissioner of Social Security,   )
                                          )
    Defendant.                            )
———————————————————————                   )

     Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

     IT IS ORDERED that the Commissioner shall pay attorney fees and expenses

the amount of TWO THOUSAND FOUR HUNDRED DOLLARS and NO CENTS

($2,400.00), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED

DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the

terms of the above-referenced Stipulation.

     Dated: 3/14/2017

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

1